**ORIGINAL**

DONALD E. BRADLEY
MUSICK, PEELER & GARRETT LLP
650 TOWN CENTER DRIVE
SUITE 1200
COSTA MESA, CA 92626
(714) 668-2400

**Original filed 5/1/06

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CHARLES WIDEMAN

v.

TRANSUNION

Plaintiff(s)

Defendant(s)

CASE NUMBER: C-02-05870-JF (HRLx)

## SUBSTITUTION OF ATTORNEY

TRANS UNION LLC
*Name of Party*

[ ] Plaintiff  [X] Defendant  [ ] Other _____

hereby substitutes MUSICK, PEELER & GARRETT LLP who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per

650 TOWN CENTER DRIVE, SUITE 1200
*Street Address*

COSTA MESA, CA 92626 | (714) 668-2400 | (714) 668-2490 | 145037
*City, State, Zip Code* | *Telephone Number* | *Facsimile Number* | *State Bar Number*

as attorney of record in the place and stead of CROWELL & MORING LLP
*Present Attorney*

Dated: MARCH 2, 2006

_Diane A. Terry_
*Signature of Party*

TRANS UNION LLC

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: MARCH 6, 2006

*Signature of Present Attorney*

CROWELL & MORING LLP

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: MARCH 2, 2006

*Signature of New Attorney*

MUSICK, PEELER & GARRETT LLP

Substitution of Attorney is hereby  [X] Approved.  [ ] Denied.

Dated: 4/27/06

United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL:** If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form **G-76** to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at **www.cacd.uscourts.gov**.

## PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

On April 6, 2006, I served the foregoing document(s) described as **SUBSTITUTION OF ATTORNEY** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

**See Attached List**

☒ **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Costa Mesa, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. The facsimile machine used complies with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2008(e), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ **BY FEDERAL EXPRESS.** I caused such envelope to the deposited at the Federal Express office at Costa Mesa, California for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Costa Mesa, California in the ordinary course of business for delivery to the addressee.

Executed on April 6, 2006, at Costa Mesa, California.

☐ **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Karen S. Reisner

473564.1

1

**SUBSTITUTION OF ATTORNEY**                                C-02-05870-JF (HRLx)

| | | |
|---|---|---|
| 1 | | **SERVICE LIST** |
| 2 | Charles Wideman | Dawn M. Canty |
|   | P.O. Box 525 | Katten Muchin Rosenmann |
| 3 | San Martin, CA 95046 | 525 W. Monroe St. |
|   | | Chicago, IL 60661-3963 |
| 4 | | |
| 5 | Laurence G. Solov | |
|   | Katten Muchin Rosenmann | |
|   | 2029 Century Park East, Ste. 2600 | |
| 6 | Los Angeles, CA 90067-3012 | |

473564.1

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

**SUBSTITUTION OF ATTORNEY**    2    C-02-05870-JF (HRLx)